```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

RAYMOND SETZKE                                                PLAINTIFF

        v.            Civil No. 08-5236

LARRY NORRIS, Director,
Arkansas Department of Correction                             DEFENDANT

## ORDER

Now on this 15th day of April, 2009, comes on for consideration the **Magistrate Judge's Report and Recommendation** (R&R) issued by the Honorable James Marschewski, United States Magistrate Judge for the Western District of Arkansas (Doc. #23) concerning the petition for Writ of Habeas Corpus (Doc. #1). The Court, being well and sufficiently advised, finds and orders as follows with respect to the same:

    1.   The petitioner filed objections (Docs. # 27, 28, 41) to the R&R.  They are without merit and are denied.

    2.   The Court, having considered the R&R, the objections, and the various filings of the parties, finds and orders that the R&R should be, and it hereby is **adopted *in toto***.  Accordingly, the **petition for Writ of Habeas Corpus (Doc. #1)** is **denied as it is barred by the one year statue of limitations.**

    **IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                             JIMM LARRY HENDREN
                                             UNITED STATES DISTRICT JUDGE